NOT FOR PUBLICATION (Doc. No. 16)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GREGORY LASKY, | |
| Plaintiff, | Civil No. 09-5624 (RBK/JS) |
| v. | **ORDER** |
| MOORESTOWN TOWNSHIP, | |
| Defendant. | |

**THIS MATTER** having come before the Court upon the motion by Defendant Moorestown Township for summary judgment (Doc. No. 16); and the Court having considered the parties' submissions:

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, Defendant's motion for summary judgment is **DENIED**.

Dated: 8/10/2011

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge