NOT FOR PUBLICATION                                                                                              (Doc. No. 17)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GREGORY LASKY, | : | |
| Plaintiff, | : | Civil No. 09-5624 (RBK/JS) |
| v. | : | **ORDER** |
| MOORESTOWN TOWNSHIP, | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court upon the motion by Plaintiff Gregory Lasky for partial summary judgment with regard to liability (Doc. No. 17); and the Court having considered the parties' submissions;

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, Plaintiff's motion for partial summary judgment is **DENIED**.


Dated: 10/14/2011                                                    /s/ Robert B. Kugler
                                                                                             ROBERT B. KUGLER
                                                                                            United States District Judge