NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GREGORY LASKY | : | |
| Plaintiff, | : | Civil No. 09-05624  (RBK/JS) |
| v. | : | **ORDER** |
| MOORESTOWN TOWNSHIP | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court on Plaintiff Gregory Lasky's motion for attorney's fees, and the Court having considered the moving papers and exhibits, and the responses thereto, and for the reasons expressed in the Opinion issued this date and the Opinion issued on March 22, 2013;

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney's fees is **GRANTED.** Plaintiff is awarded $203,741.88 in attorney's fees and costs.


Dated:  4/29/2013                                                              /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge